Herman Lowe, Respondent, v. Frederick Sobel, Appellant.— Order affirmed, with ten dollars costs and disbursements, No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Louis Reitman, Respondent, v. Frederick Sobel, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Anna Daum, as Guardian of Sam Bisgier, also Known as Sam Baker, Respondent, v. Essanbee Film Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

In the Matter of the Application of the Home Insurance Company of New York, Appellant, for an Order of Removal to this Court and after Such Removal for an Order Consolidating the Following Actions: (a) City Court of the City of New York, Leo D. Schaffer, Trading as Hellen Dress Co., Plaintiff, v. Home Insurance Company of New York, Defendant; (b) Municipal Court of the City of New York, Borough of Manhattan, Second District, Leo D. Schaffer, Trading as Enterprise Dress Pleating Co., Plaintiff, v. Home Insurance Company of New York, Defendant. Leo D. Schaffer, Trading, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

In the Matter of the New York Central Railroad Company.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Joseph Schuessler, Respondent, v. Katherine F. Lindemann, Individually and as Executrix and Trustee, etc., and Another, Appellants. Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

In the Matter of Proving the Last Will and Testament of Cornelius Foley, Deceased, as a Will of Real and Personal Property. Mary Foley, Appellant; Richard Foley, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Kent Manufacturing Company, Respondent, v. William H. Wellington and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Mary Ann Murray, Respondent, v. New York Title Insurance Company and Another, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

William N. Amory, Appellant, v. The City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Albert M. Stadler, Appellant, v. Robert A. Scott and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and order for examination so modified as to provide for the examination of the